UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LUNDA CONSTRUCTION COMPANY, a
Wisconsin Corporation,

        Plaintiff and Counterclaim
        Defendant,

v.                                                                                                  Case No. 08-cv-119

INDUSTRIAL STEEL CONSTRUCTION,
INC., a foreign corporation,

        Defendant and Counterclaim
        Plaintiff.

### ORDER FOR DISMISSAL

Based upon the foregoing Stipulation,

    IT IS HEREBY ORDERED that the all claims of both parties are dismissed with prejudice and without costs.

    Entered this _24th_ day of _November_, 2008.

                                  BY THE COURT:

                                  *Barbara B. Crabb*
                                  BARBARA B. CRABB
                                  District Judge

QB\999999.99999\6914113.1